| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978.<br>(5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Clevenger, Raymond C. III | 2. Court or Organization<br>U.S. Court of Appeals for The<br>Federal Circuit | 3. Date of Report<br>5/15/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U.S. Circuit Court Judge (active) | 5. Report Type (check appropriate type)<br>__ Nomination, Date_____<br>__ Initial  X Annual __ Final | 6. Reporting Period<br>1/1/2004 to<br>12/31/2004 |
| 7. Chambers or Office Address<br>717 Madison Place N.W.<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 DIRECTOR | THE MARKLE FOUNDATION |
| 2 | |
| 3 | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2005 MAY 19 P 12 27

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2004 | self-employed (photographer) | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J= 15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1= 1,000,001-$5,000,000
P2= 5,000,001 $25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month; Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Bank of America C.S. | H1 | DIV | P3 | T | | | | | |
| 2 Smith Barney Manages Municipal Fund | E | INT | O | T | | | | | |
| 3 Riggs National Bank NOW A/c | D | INT | L | T | | | | | |
| 4 Shelter Properties VII units | A | CAP DISTRIB | J | W | | | | | |
| 5 Shawnee Village Partners units | A | CAP DISTRIB | J | W | | | | | |
| 6 Seminole Transp. Co. Mineral contract | C | contract payment | J | W | | | | | |
| 7 Coop Refining LLC Mineral contract | A | contract payment | J | W | | | | | |
| 8 Total Petroleum Co. Mineral contract | B | contract payment | J | W | | | | | |
| 9 Central Crude Co. Mineral contract | B | contract payment | J | W | | | | | |
| 10 Delaware Group Tx Free Fund | E | INT | N | T | | | | | |
| 11 Smith Barney Daily Div. Fund | E | INT | L | T | | | | | |
| 12 Cerner Corp. C.S. | A | DIV | | | SOLD ALL | 2/5 | M | F | |
| 13 Computer Associates Int'l. Inc. C.S. | A | DIV | N | T | PART SELL | 1/23 | L | E | |
| 14 Grant Prideco Inc. C.S. | A | DIV | M | T | PART SELL | 3/8 | L | E | |
| 15 Capitol Federal Financial C.S. | A | DIV | M | T | | | | | |
| 16 Clockfree Corp. C.S. | A | DIV | M | T | PART SELL | 1/23 | L | F | |
| 17 Epiq Systems Inc. C.S. | A | DIV | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Cree Inc.   c.s. | A | DIV | M | T | PARTSELL | 5/8 | L | E | |
| 19 Hecla Mining Co. c.s. | A | DIV | | | SOLD ALL | 3/8 | K | A | |
| 20 Omnicare, Inc.  c.s. | A | DIV | | | SOLD ALL | 5/25 | L | E | |
| 21 Orasure Technologies c.s. | A | DIV | | | SOLD ALL | 1/2 | L | (J) | |
| 22 Sierra Pacific Resources Inc. c.s. | A | DIV | | | SOLD ALL | 1/14 | L | D | |
| 23 Sovereign Bancorp. Inc. c.s. | A | DIV | | | SOLD ALL | 1/14 | L | E | |
| 24 Westar Energy Inc. c.s. | A | DIV | N | T | | | | | |
| 25 Williams Cos. Inc.  c.s. | A | DIV | | | SOLD ALL | 5/6 | L | D | |
| 26 Garmin Ltd.   c.s. | A | DIV | M | T | BUY | 6/28 | L | | |
| 27 Alliance Gaming Corp. c.s. | A | DIV | L | T | BUY | 4/14 | L | | |
| 28 Boston Scientific Corp. c.s. | A | DIV | L | T | BUY | 12/2 | L | | |
| 29 Cooper Cameron Corp. c.s. | A | DIV | M | T | BUY | 4/8 | M | | |
| 30 Micromuse, Inc.  c.s. | A | DIV | M | T | BUY | 6/23 | M | | |
| 31 Sybase Inc.  c.s. | A | DIV | L | T | BUY | 9/7 | L | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market |

Name of Person Reporting: Clevenger, Raymond C. III

Date of Report: 5-15-05

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Merrill Lynch + Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 36 Connecticut state Housing Bond | D | INT | L | T | | | | | |
| 37 New Jersey Sports Center Bond | C | INT | L | T | | | | | |
| 38 D. C. Howard University Bond | C | INT | L | T | | | | | |
| 39 D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 40 New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 41 Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 42 Washington Area Transit Authority Bond | B | INT | K | T | | | | | |
| 43 MERRILL LYNCH FUNDS | | | | | | | | | |
| 44 Basic Value Fund | A | DIV | J | T | | | | | |
| 45 Global Fund | A | DIV | J | T | | | | | |
| 46 Phoenix Fund | A | DIV | J | T | | | | | |
| 47 Pacific Fund | A | DIV | J | T | | | | | |
| 48 Capital Growth Fund | A | DIV | J | T | | | | | |
| 49 G.T. Telecommunications Fund | A | DIV | J | T | | | | | |
| 50 Pasadena Inv. Trust Growth Fund | A | DIV | J | T | | | | | |
| 51 Scudder Capital Growth Fund | A | DIV | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 54-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Odd Lot Fund | A | DIV | J | T | | | | | |
| 53 Gilead Sciences Inc.C.S. | A | DIV | J | T | | | | | |
| 54 ADC Telecommunications C.S | A | DIV | J | T | | | | | |
| 55 Proxim Inc. C.S. | A | DIV | | | SOLD ALL | 11/22 | J | (D) | |
| 56 Microsoft Inc C.S. | A | DIV | J | T | | | | | |
| 57 Loral Space + Communications Inc C.S. | A | DIV | J | T | | | | | |
| 58 Banc One Corp. C.S. | A | DIV | | | SOLD ALL | 7/1 | J | A | |
| 59 Costco Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 60 America Online Inc C.S. | A | DIV | | | SOLD ALL | 1/2 | J | A | |
| 61 Viacom Inc. C.S. | A | DIV | | | SOLD ALL | 3/10 | J | A | |
| 62 American International Group Inc. C.S. | A | DIV | J | T | | | | | |
| 63 Berkshire Hathaway Co. C.S. | A | DIV | J | T | | | | | |
| 64 Citigroup Inc. C.S. | A | DIV | J | T | SOLD ALL | 11/16 | J | A | |
| 65 EMC Corp. C.S. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessed W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

(5)

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 General Electric C c.s. | A | DIV | L | T | BUY | 3/16 | L | | |
| 53 Home Depot Inc. c.s. | A | DIV | J | T | | | | | |
| 54 Level 3 Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 55 Medtronics Inc. c.s. | A | DIV | | | SOLD ALL | 2/10 | J | A | |
| 56 Nextel Inc. c.s. | A | DIV | J | T | | | | | |
| 57 Nokia Corp. c.s. | A | DIV | J | T | | | | | |
| 58 Omnicom Group Inc. c.s. | A | DIV | | | SOLD ALL | 12/1 | J | A | |
| 59 Oracle Inc. c.s. | A | DIV | J | T | | | | | |
| 60 Qualcomm Inc. c.s. | A | DIV | J | T | | | | | |
| 61 Texas Instruments Inc. c.s. | A | DIV | J | T | | | | | |
| 62 Echelon Corp. c.s. | A | DIV | J | T | | | | | |
| 63 Stebel Systems Inc. c.s. | A | DIV | J | T | | | | | |
| 64 Advanced Fibre Communications Inc. c.s. | A | DIV | | | SOLD ALL | 7/10 | J | A | |
| 65 Biosite Diagnostics Inc. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. VII | 5-15-05 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Documentum Inc c.s. | A | DIV | | | SOLD ALL | 2/27 | J | A | |
| 53 Human Genome Sciences Inc c.s. | A | DIV | J | T | | | | | |
| 54 IBM Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 55 Lightbridge Inc. c.s. | A | DIV | J | T | | | | | |
| 56 Macrovision Corp. c.s. | A | DIV | J | T | | | | | |
| 57 Plato Learning Inc. c.s. | A | DIV | J | T | | | | | |
| 58 PMC Sierra Inc. c.s. | A | DIV | J | T | | | | | |
| 59 Quidel Corp. c.s. | A | DIV | J | T | | | | | |
| 60 Serena Software Corp. c.s. | A | DIV | J | T | | | | | |
| 61 State Street Corp. c.s. | A | DIV | J | T | | | | | |
| 62 Sunguard Security Systems Inc c.s. | A | DIV | J | T | | | | | |
| 63 Tekelec Corp. c.s. | A | DIV | J | T | | | | | |
| 64 Transgenomic Corp. c.s. | A | DIV | J | T | | | | | |
| 65 Tyco Inc c.s. | A | DIV | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 9 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets or transactions) | | | | | | | | | |
| 52 Vitesse Semiconductor Corp. C.S. | A | DIV | J | T | | | | | |
| 53 Walmart Inc. C.S. | A | DIV | | | SOLD ALL | 10/26 | J | A | |
| 54 Anadigics Inc. C.S. | A | DIV | J | T | | | | | |
| 55 Array Biopharma Co. C.S. | A | DIV | J | T | | | | | |
| 56 Comcast Inc. C.S. | A | DIV | J | T | | | | | |
| 57 Concord EFS Co. C.S. | A | DIV | | | SOLD ALL | 2/27 | J | A | |
| 58 Digimarc Inc. C.S. | A | DIV | J | T | | | | | |
| 59 Walt Disney Co. C.S. | A | DIV | J | T | | | | | |
| 60 Dow Jones Corsinrg Fund | A | DIV | | | SOLD ALL | 3/11 | J | A | |
| 61 EuroPacific Growth Fund | A | DIV | J | T | | | | | |
| 62 Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 63 Harvard Bioscience Inc. C.S. | A | DIV | J | T | | | | | |
| 64 Ishares Trust Russell Value Index Fund | A | DIV | | | SOLD ALL | 2/5 | K | C | |
| 65 JDS Uniphase Corp. C.S. | A | DIV | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Liberty Media Corp. Series A Fund | A | DIV | | | SOLD ALL | 2/10 | J | A | |
| 53 Midcap SP DR Tr. Fund | A | DIV | J | T | | | | | |
| 54 Oplink Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 55 Pharmaceutical Holdings Fund | A | DIV | | | SOLD ALL | 10/26 | J | A | |
| 56 Procter & Gamble Co. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 57 United Technologies Inc. c.s. | A | DIV | J | T | | | | | |
| 58 Vastera Inc. c.s. | A | DIV | | | SOLD ALL | 11/22 | J | A | |
| 59 Ventana Medical Systems Inc. c.s. | A | DIV | J | T | | | | | |
| 60 Bluefly Inc. c.s. | A | DIV | J | T | | | | | |
| 61 Citadel Security Software w.c. c.s. | A | DIV | J | T | | | | | |
| 62 Enterasys Networks Inc. c.s. | A | DIV | J | T | | | | | |
| 63 Finistar Corp. c.s. | A | DIV | J | T | | | | | |
| 64 Inkline Pharmaceuticals Inc. c.s. | A | DIV | J | T | | | | | |
| 65 Newmont Mining Corp. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page 9 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Oppenheimer Real Asset Fund | A | DIV | J | T | | | | | |
| 53 Remec, Inc. c.s. | A | DIV | J | T | | | | | |
| 54 Smuckers Corp. c.s. | A | DIV | | | SOLD ALL | 1/9 | J | | |
| 55 Sonosite Inc. c.s. | A | DIV | J | T | | | | | |
| 56 Stratex Networks Inc. c.s. | A | DIV | J | T | | | | | |
| 57 Synaptics Inc. c.s. | A | DIV | J | T | | | | | |
| 58 Travelers Property Casualty Co. c.s. | A | DIV | | | MERGER | 4/2 | | | into St. Paul Companies Inc. |
| 59 St. Paul Companies Inc. | A | DIV | J | T | ACQUIRED WHEN Travelers Property merged into | | | | St. Paul Companies Inc. |
| 60 Verity, Inc. c.s. | A | DIV | | | SOLD ALL | 12/28 | J | A | |
| 61 Zimmer Holdings Inc. c.s. | A | DIV | J | T | | | | | |
| 62 Ascential Software Corp. | A | DIV | J | T | BUY | 12/28 | J | | |
| 63 Bank of America c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 64 Blackrock Trust Co. c.s. | A | DIV | K | T | BUY | 1/7 | K | | |
| 65 Canadian Oil Sands Trust Co. | A | DIV | J | T | BUY | 10/2 | J | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col C2)   U=Book value   V=Other   W=Estimated

## VII. Page INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 Cepheid, Inc. c.s. | A | DIV | J | T | BUY | 2/26 | J | | |
| 53 Chevron Texaco Co. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 54 Cisco Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 55 Depomed Inc. c.s. | A | DIV | J | T | BUY | 3/30 | J | | |
| 56 Diversa Corp. c.s. | A | DIV | J | T | BUY | 4/15 | J | | |
| 57 Dominion Reserve Inc. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 58 Exxon Mobil Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 59 Ing International Smallcap Fund | A | DIV | J | T | BUY | 1/7 | J | | |
| 60 Intel Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 61 Ishares US Technology Index Fund | A | DIV | K | T | BUY | 12/1 | K | | |
| 62 JP Morgan Chase & Co. Inc. c.s. | A | DIV | K | T | BUY | 3/16 | K | | |
| 63 Kayne Anderson Midstream Investment Co. c.s. | A | DIV | J | T | BUY | 10/21 | J | | |
| 64 Lionbridge Technologies Inc. c.s. | A | DIV | J | T | BUY | 10/14 | J | | |
| 65 Lowe's Cos. Inc. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Clevenger, Raymond C. III | 5-15-05 |

## VII. Page INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-37 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 MBNA Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 53 Medarex Inc. c.s. | A | DIV | J | T | BUY | 2/9 | J | | |
| 54 PHLO Corp. c.s. | A | DIV | J | T | BUY | 3/24 | J | | |
| 55 Plum Creek Timber Co. Inc. c.s. | A | DIV | J | T | BUY | 10/21 | J | | |
| 56 Redback Networks Inc. c.s. | A | DIV | J | T | BUY | 7/13 | J | | |
| 57 Royal Dutch Petroleum Corp. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 58 SBC Communications Inc. c.s. | A | DIV | J | T | BUY | 3/16 | J | | |
| 59 Star Scientific Inc. c.s. | A | DIV | J | T | BUY | 12/14 | J | | |
| 60 Super Conductor Technologies Inc. c.s. | A | DIV | J | T | BUY | 2/26 | J | | |
| 61 Time Warner Co. | A | DIV | J | T | BUY | 1/5 | J | | |
| 62 Verizon Inc. c.s. | A | DIV | K | T | BUY | 3/16 | K | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4-More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Clevenger, Roymnd C. III | Date of Report<br>5·15·05 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, If any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date 5·15·05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544